# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ZAKKARY HOSICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  17-3189-SEM-TSH |
| | ) |
| MATTHEW BESWICK, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Clayton J. Ankney, Assistant Attorney General, and hereby enters an appearance as counsel on behalf of the Defendants, MATTHEW BESWICK, JACOB GESSFORD, and PETER HOWELL, in this action.

        MATTHEW BESWICK, JACOB
        GESSFORD, and PETER HOWELL

           Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

Clayton J. Ankney, #6320224
Assistant Attorney General        Attorney for Defendants,
500 South Second Street
Springfield, IL 62701        By: _/s/ Clayton J. Ankney_____
(217) 782-2077 Telephone             Clayton J. Ankney, #6320224
(217) 524-5091 Fax                    Assistant Attorney General
E-Mail:  cankney@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| ZAKKARY HOSICK, | ) |
| Plaintiff, | ) |
| v. | ) No. 17-3189-SEM-TSH |
| MATTHEW BESWICK, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, the foregoing document, *Notice of Appearance*, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

Daniel P. Kiss:        dankiss@meyerkiss.com
Louis J. Meyer:        louismeyer@meyerkiss.com

                                            s/ Clayton J. Ankney
                                            Clayton J. Ankney
                                            Assistant Attorney General

Clayton J. Ankney, #6320224
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-2077 Phone
(217) 524-5091 Fax
Email: cankney@atg.state.il.us

2